UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| William G. Glowicki | § | Case No. 16-08948 |
| Julie A. Glowicki | § § | |
| Debtors | § § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 68,599.50                     Assets Exempt: 40,721.34
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,843.50     Claims Discharged
                                                Without Payment:  214,666.63

Total Expenses of Administration:  656.50

---

3) Total gross receipts of $ 2,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 2,500.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 163,500.87 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 656.50 | 656.50 | 656.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,803.64 | 10,160.02 | 10,160.02 | 1,843.50 |
| **TOTAL DISBURSEMENTS** | $ 216,304.51 | $ 10,816.52 | $ 10,816.52 | $ 2,500.00 |

  4) This case was originally filed under chapter 7 on 03/15/2016 . The case was pending for 13 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2017  By:/s/Zane L. Zielinski, Trustee
             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1999 Speed Boat | 1129-000 | 2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blue Green Time Share, 4960 Conference Way North, Suite 10 Boca Raton, FL 33431 | | 1,153.15 | NA | NA | 0.00 |
| | Citi Mortgage, PO Box 9001067 Louisville, KY 40290 | | 106,960.89 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Streator Credit Union SOCU, 120 E Northpoint Streator, IL 61364 | | 11,983.19 | NA | NA | 0.00 |
| | Streator Credit Union, 610 S Newport Rd Pontiac, IL 61764 | | 30,028.18 | NA | NA | 0.00 |
| | Streator Credit Union, 610 S Newport Rd Pontiac, IL 61764 | | 13,375.46 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 163,500.87 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 625.00 | 625.00 | 625.00 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 11.50 | 11.50 | 11.50 |
| Associated Bank | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 656.50 | $ 656.50 | $ 656.50 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI, 1310 Martin Luther King Drive Bloomington, IL 61702 | | 67.22 | NA | NA | 0.00 |
| | Americollect, 1851 S. Alverno Rd. Manitowoc, WI 54221 | | 140.00 | NA | NA | 0.00 |
| | AmeriFinancial Solution, Po Box 65018 Baltimore, MD 21264 | | 439.62 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arturo D. Tomad MD., PO Box 8660 Saint Louis, MO 63126 | | 105.84 | NA | NA | 0.00 |
| | Bank of America, PO Box 851001 Dallas, TX 75285 | | 5,091.03 | NA | NA | 0.00 |
| | Barclay's Card, PO Box 60517 City of Industry, CA 91716 | | 10,234.88 | NA | NA | 0.00 |
| | Central Illinois Radiological Assoc, PO Box 371863 Pittsburgh, PA 15250 | | 12.44 | NA | NA | 0.00 |
| | Convergent Healthcare Inc, 121 NE Jefferson St. Suite 100 Peoria, IL 61602 | | 71.38 | NA | NA | 0.00 |
| | Creditors Discount & Audit, 415 E Main St, Streator, IL 61364 | | 2,758.00 | NA | NA | 0.00 |
| | H&R Accounts, 7017 John Deere Parkway Moline, IL 61266 | | 882.72 | NA | NA | 0.00 |
| | Harris & Harris, 111 W. Jackson Blvd Suite 400 Chicago, IL 60604 | | 2,072.94 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Midwest Emergency, PO Box 8220 Fort Worth, TX 76124 |  | 18.00 | NA | NA | 0.00 |
|  | OSF Healthcare, 7978 Solution Center Chicago, IL 60677 |  | 1,856.89 | NA | NA | 0.00 |
|  | Ottawa Fire Department, PO Box 457 Wheeling, IL 60090 |  | 1,075.00 | NA | NA | 0.00 |
|  | Sam's Club/ Synchrony Bank, PO Box 530942 Atlanta, GA 30353 |  | 7,397.84 | NA | NA | 0.00 |
|  | St. Mary's Hospital, PO Box 6545 Madison, WI 53716 |  | 1,698.22 | NA | NA | 0.00 |
|  | State Collections Services, PO Box 6250 Madison, WI 53701 |  | 904.95 | NA | NA | 0.00 |
|  | Synchrony Bank, PO Box 960061 Orlando, FL 32896 |  | 7,872.27 | NA | NA | 0.00 |
|  | University of Illinois College of M, 7687 Solutions Ctr Chicago, IL 60677 |  | 150.00 | NA | NA | 0.00 |
| 1 | Discover Bank | 7100-000 | 6,013.90 | 6,161.60 | 6,161.60 | 1,118.00 |
| 2 | First National Bank Of Omaha | 7100-000 | 3,940.50 | 3,998.42 | 3,998.42 | 725.50 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 52,803.64 | $ 10,160.02 | $ 10,160.02 | $ 1,843.50 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-08948 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | William G. Glowicki | | | | Date Filed (f) or Converted (c): | 03/15/2016 (f) |
| | Julie A. Glowicki | | | | 341(a) Meeting Date: | 04/18/2016 |
| For Period Ending: | 04/10/2017 | | | | Claims Bar Date: | 11/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  4401 Main Street Streator Il 61364-0000 La Salle | 64,080.00 | 64,080.00 | | 0.00 | FA |
| 2.  2009 Buick Lacross Mileage: 60000 | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 3.  2015 Chevy Silverado | 21,000.00 | 21,000.00 | | 0.00 | FA |
| 4.  Countrylife Camper | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5.  Fishing Boat | 200.00 | 200.00 | | 0.00 | FA |
| 6.  1999 Speed Boat | 2,470.00 | 2,500.00 | | 2,500.00 | FA |
| 7.  Misc Furniture | 800.00 | 0.00 | | 0.00 | FA |
| 8.  Clothing | 900.00 | 0.00 | | 0.00 | FA |
| 9.  Misc. Jewelry (Wedding Bands) | 800.00 | 0.00 | | 0.00 | FA |
| 10. Streater Credit Union | 4,179.34 | 0.00 | | 0.00 | FA |
| 11. Streator Credit Union | 95.21 | 0.00 | | 0.00 | FA |
| 12. Pension Through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2015 Tax refund | 2,323.00 | 0.00 | | 0.00 | FA |
| 14. Transamerican Whole Life | 400.00 | 0.00 | | 0.00 | FA |
| 15. Blue Green Timeshare | 1.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $110,748.55 | $101,280.00 | | $2,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee reached a settlement with the Debtor on their speedboat.

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

| | | | |
|---|---|---|---|
| RE PROP # | 6 | -- | THe Debtor amended valued from $3,000 on amended schedules. |
| RE PROP # | 10 | -- | The Debtor amended this value. |

Exhibit 8

Initial Projected Date of Final Report (TFR): 01/15/2017     Current Projected Date of Final Report (TFR): 01/15/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-08948 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: William G. Glowicki | Bank Name: Associated Bank |
| Julie A. Glowicki | Account Number/CD#: XXXXXX1445 |
| | Checking |
| Taxpayer ID No: XX-XXX4175 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/23/16 | 6 | Bill Glowicki<br>4401 Main Street<br>Streater, IL 61364 | Settlement Payment from Debtor | 1129-000 | $2,500.00 | | $2,500.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,490.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,480.00 |
| 02/03/17 | 5001 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $636.50 | $1,843.50 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($625.00) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($11.50) | 2200-000 | | | |
| 02/03/17 | 5002 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 18.14 % per court order. | 7100-000 | | $1,118.00 | $725.50 |
| 02/03/17 | 5003 | First National Bank Of Omaha<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, Ne 68197 | Final distribution to claim 2 representing a payment of 18.14 % per court order. | 7100-000 | | $725.50 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,500.00 | $2,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,500.00 | $2,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,500.00 | $2,500.00 |

Page Subtotals: $2,500.00   $2,500.00

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1445 - Checking | $2,500.00 | $2,500.00 | $0.00 |
|  | $2,500.00 | $2,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,500.00 |
| Total Gross Receipts: | $2,500.00 |